群展國際法律事務所
JUSTUS LAW OFFICES

TEL: 886-4-22268993
FAX: 886-4-22268967(63)
403台中市西區自由路一段148號11樓
11F., No.148, Sec. 1, Ziyou Rd., Taichung 403, Taiwan, R.O.C
http:// www.justus.com.tw
e-mail: justuslaw@justus.com.tw



June 17, 2010

The Honorable Loretta A. Preska
United States District Chief Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

RE: *United States v. Ely Sakhai - 04 Cr. 583 (LAP)*

Dear Honorable Chief Judge Preska:

Our firm represents Mr. Che-Nan Li ("Mr. Li"), a victim in the case captioned above, Court Docket Number: 04 Cr. 583 (LAP).   This matter has been ongoing since 2004 and has yet to be resolved.   We write today to give a complete background with respect to Mr. Li's involvement in this matter in hopes of clarifying any outstanding issues so that this matter can reach a conclusion shortly.   Mr. Li only wishes to be made whole for his loss and we hope that this letter will be of assistance.   We thank you for taking your valuable time to review this letter.

*Case Background*

1998

In 1998, Mr. Li planned to purchase a painting of Amedeo Modigliani, titled "A Woman With Earrings," (the "Portrait") from Wen-Fa Art Co. ("Wen-Fa"), an art gallery in Taiwan.   Wen-Fa later identified that such Portrait was purchased from Ely Sakhai.  Mr. Li's purchase was based on a photograph provided by Ms. Lynn Lin, Wen-Fa's operator ("Ms. Lin").   However when provided with the painting purported to be the above Portrait by Ms. Lin, Mr. Li noticed that the Portrait seemed to differ from the image of the photograph and thus intended to reject the offer.

Ms. Lin then promised to offer documents to support the authenticity of the painting and provided Mr. Li with two letters: one by Harun Sandjaby, Head of Accounting

TEL: 886-4-22268993 ()
FAX: 886-4-22268967(63) ⓖ
403台中市西區自由路一段148號11樓 ⓐ
11F., No.148, Sec.1, Ziyou Rd., Taichung 403, Taiwan, R.O.C ⓐ
http:// www.justus.com.tw ⓒ
E-mail: justuslaw@justus.com.tw ⓒ

群展國際法律事務所
**JUSTUS LAW OFFICES**

Department at Citibank and using the letter head of Citibank; the other was signed, purportedly, by Wendy West with a title of Impressionist and Modern Art Department of Sotheby's and using the letter head of Sotheby's. The letter guarantee by Sotheby's convinced Mr. Li of the Portrait's authenticity and he agreed with Wen-Fa on the purchase price of NT $25,000,000 and made payments to Wen-Fa totaling NT $20,000,000 (Annex 1).

2004

In 2004, Mr. Li learned that Assistant US Attorney Ms. Virginia Chavez of the South District of New York was conducting an investigation into an art scam (Ely Sakhai case) in Taiwan. He wrote a letter on May 10, 2004, to Ms Chavez requesting for assistance (Annex 2) in investigating whether the Portrait was a forgery.

2005

On September 29, 2005, US Attorney Mr. Michael J. Garcia of DoJ notified Mr. Li of his rights as a victim in the case Ely Sakhai and Housi Sandjaby (Court Docket Number: 04 Cr. 583 (LAP)). We wrote a letter on behalf of Mr. Li of his intent to exercise his rights to restitution as permitted under 18 United States Codes §3771, (Annex 3).

2006

In Mr. Li's view, Ms. Lin was not a fully innocent victim in the transaction of the Portrait and thus initiated civil and criminal actions against Ms. Lin in Taiwan. In June of 2006, Mr. Li and Ms. Lin reached a Settlement Agreement in Taiwan. Under the Agreement, Ms. Lin must repay Mr. Li for the total amount of NTD 5,000,000 by making monthly payments in the amount of NTD 83,400 (Annex 4). Upon the conclusion of the Settlement Agreement, Mr. Li ceased to make any further actions or claims, neither criminal nor civil, against Ms. Lin.

2007



TEL: 886-4-22268993
FAX: 886-4-22268967(63)
403台中市西區自由路一段148號11樓
11F., No.148, Sec.1, Ziyou Rd., Taichung 403, Taiwan, R.O.C
http:// www.justus.com.tw
E-mail: justuslaw@justus.com.tw

In late May of 2007, Mr. James Wynne, an FBI agent in charge of Ely Sakhai case, notified us via fax and email that the court order (04-CR-583-01 (LAP), NYSD) ruled the restitution for the Portrait was included in the Wen-Fa approved claim of US$2,066,000. The claim for the Portrait was US$700,000. Mr. Wynne also inquired into whether Mr. Li has received any compensation from Ms. Lin of Wen-Fa (Annex 5).

We explained to Mr. Wynne the process of the transaction of the Portrait, Mr. Li's payment of NTD 20,000,000, the Settlement Agreement between Mr. Li and Ms. Lin, and Mr. Li's loss at that time. We also emphasized that Ms. Lin should not receive a "windfall profit" from the restitution fund. (Annex 6).

2008

In 2008, Assistant US Attorney Ms. Meding took charge of the case. She reviewed the materials submitted by Mr. Li and Ms. Lin and concluded in January of 2008 the following: (Annex 7)

1.  It is undisputed that Mr. Li paid NT $20,000,000 to the Wen-Fa Gallery for the purchase of the Portrait.

2.  It is undisputed that Mr. Li and Ms. Lin entered into a Settlement Agreement on June 1, 2006. Under the terms of that agreement, Ms. Lin and two others agreed to pay NT $5,000,000 to Mr. Li in satisfaction of the civil and criminal actions pending in Taiwan concerning the Modigliani painting.

3.  It is undisputed that Ms. Lin has paid NT $1,417,800 to Mr. Li under the terms of the Settlement Agreement as of January, 2008. Ms. Lin therefore owes NT $3,582,200 to Mr. Li under the terms of the Settlement Agreement.

4.  Mr. Li has still suffered a loss of NT $18,582,200 from the transaction involving the Modigliani painting, for which he has not been compensated, calculated as follows: NT $20,000,000 (the total price that Mr. Li paid for the painting) minus NT $1,417,800 (the amount that Ms. Lin has paid under the Settlement Agreement) = NT $18,582,200. In the Settlement

TEL: 886-4-22268993
FAX: 886-4-22268967(63)
403台中市西區自由路一段148號11樓
11F., No.148, Sec.1, Ziyou Rd., Taichung 403, Taiwan, R.O.C
http:// www.justus.com.tw
E-mail: justuslaw@justus.com.tw

**群展國際法律事務所**
**JUSTUS LAW OFFICES**

Agreement, Mr. Li did not waive his right to obtain this uncompensated loss from the U.S. restitution fund. At today's exchange rate, NT $18,582,200 equals USD $572,089.

5. United States restitution laws require that restitution be paid to persons directly and proximately harmed by a defendant's crime. In this case, Mr. Li has suffered a loss of USD $571,078.47 (NT $18,582,200) for which he has not been compensated.

6. If Mr. Li receives NT $18,582,200 from the U.S. restitution fund, then he has been made whole for his loss. Ms. Lin would no longer owe him anything under the Settlement Agreement, because the remaining $3,582,200 due to Mr. Li under the terms of that agreement would be covered by the payment from the U.S. restitution fund. Both Mr. Li and Ms. Lin agree that if the U.S. restitution fund compensates Mr. Li for the unpaid balance due under the Settlement Agreement, the Settlement Agreement is fully satisfied, and Ms. Lin does not need to pay Mr. Li any additional money under that agreement.

Ms. Meding made the following recommendations in a letter dated January 11, 2008 and submitted to the Court: (Annex 8)

*Mr. Li should receive the sum of USD $572,089 (NT $18,582,200) from the U.S. restitution fund. This sum, in combination with the NT $1,417,800 that he has already received from Ms. Lin, will fully compensate Mr. Li for his loss. Upon this payment, the Settlement Agreement between Ms. Lin and Mr. Li will be fully satisfied, and Ms. Lin's debt to Mr. Li under that agreement would be fully satisfied and discharged.*

*Ms. Lin should receive the sum of USD $43,649 (NT $1,471,800) from the U.S. restitution fund in connection with the Modigliani painting, to compensate her for her partial payment to Mr. Li.*

After Ms. Meding's submission of the above letter, we wrote a concurring letter the Court dated February 12, 2008 (Annex 9).

TEL: 886-4-22268993 ⓥ
FAX: 886-4-22268967(63) ⓖ
403台中市西區自由路一段148號11樓 ⓐ
11F., No.148, Sec.1, Ziyou Rd., Taichung 403, Taiwan, R.O.C ⓐ
http:// www.justus.com.tw ⓦ
E-mail: justuslaw@justus.com.tw ⓖ

群展國際法律事務所
JUSTUS LAW OFFICES

We did not hear anything from the Court or the US Attorney for a long time after Ms. Meding's submission.   We tried many times to contact the US Attorney's office.   On July 7, 2008, US Attorney Ms. Virginia Chavez Romano contacted with us via email expressing that she had been reassigned this case and would like to resolve this issue as soon as possible.   On July 11, 2008, Ms. Romano wrote to us and Ms. Lin via email stating that the purpose of the restitution fund is to make a victim whole, and Ms. Lin lost 23.8M to Sakhai but recovered 20M from Mr. Li when he paid that amount for the same painting (Annex 10).

On July 16, Ms. Romano again wrote to us and Ms. Lin via email stating that she intended to write to Judge Preska and ask the following (Annex 11):

1. The remaining restitution due to Ms. Lin is 5.885 million NT dollars, which is approximately U.S. $196,167.

2. The remaining restitution due to Mr. Li is 17.915 million NT dollars, which is approximately U.S. $597,167.

Ms. Romano also expressed that she would ask the Judge to wait one week before approving her letter so that each of the parties had an opportunity to respond. In addition, Ms. Romano stated that Mr. Jason Wu, on behalf of Mr. Li, has asked that Ms. Lin cease making payments under the settlement agreement in Taiwan so that the restitution amount due to each party could be accurately ascertained.

However, on August 7, 2008, Ms. Romano wrote to us via email informing that Ms. Lin disagreed with the proposed resolution to the Court because Ms. Lin claimed that there was no agreement between herself and Mr. Li to discontinue payments under the settlement agreement in Taiwan (Annex 12).

We later proposed a Waiver in October of 2008 and sent it to Ms. Romano for her opinion (Annex 13). The  Waiver would have allowed Ms. Lin to cease making payments if Mr. Li received restitution from the Restitution Fund.   However, we heard no response from Ms. Lin on the proposed Waiver.

<u>2009</u>

TEL: 886-4-22268993
FAX: 886-4-22268967(63)
403台中市西區自由路一段148號11樓
11F., No.148, Sec.1, Ziyou Rd., Taichung 403, Taiwan, R.O.C.
http:// www.justus.com.tw
E-mail: justuslaw@justus.com.tw

**群展國際法律事務所**
**JUSTUS LAW OFFICES**

Throughout the year 2009, we have tried to resolve this matter by cooperating with Ms. Romano as well as the Court, but due to Ms. Lin's objection to the proposed restitution, the case has not been resolved.    We contacted Ms Lin via email in March offering the suspension of her monthly payment under the Settlement Agreement so that the amount of loss suffered by both parties could be calculated accurately (Annex 14).    However, Ms. Lin rejected our offer and insisted on her entitlement to receiving USD 700,000 from the restitution fund.    We later contact with Mr. Chou, attorney for Ms. Lin, to seek his opinion on the resolution of this matter and we finally wrote a letter (Annex 15) to Mr. Chou detailing the history of this matter as well as to propose the terms of our current proposal (as stated below).    Again, we did not hear any response to our proposal.    These efforts to resolve the matter with Ms. Lin did not lead to the results everyone had hoped for.

Present

As a result of Ms. Lin's continuing objection to the restitution proposed by the US Attorney's office and us, this matter remains unresolved as of today.    In an effort to close this matter, we hereby make the following recommendation:

1. Mr. Li shall assume that the NTD 5,000,000 owed to him by Ms. Lin under the Settlement Agreement will be paid in accordance with its terms.    Ms. Lin has continued making payments even though we, on behalf of Mr. Li and in response to the US Attorney's office's recommendation, have requested that she cease in order for the Court to accurately calculate the amount of restitution due to each party.    Since July of 2006 to the date of this letter, Ms. Lin has paid a total of NT $4,003,200 (equals to US $125,100 at the current exchange rate) to Mr. Li as required under the Settlement Agreement and Mr. Li expects the remaining NT $996,800 (equals to US $31,150 at the current exchange rate) to be paid by June 1, 2011, at which time the Settlement Agreement would be terminated.    We understand and appreciate the Court's concern regarding accuracy of the restitution and thus, Mr. Li shall assume and undertake the risk of eventually receiving the NTD 5,000,000.

2. Mr. Li respectfully requests restitution from the Restitution Fund the amount of NTD 15,000,000 (equals to US $468,750 at the current exchange rate)    which is



TEL: 886-4-22268993
FAX: 886-4-22268967(63)
403台中市西區自由路一段148號11樓
11F., No.148, Sec.1, Ziyou Rd., Taichung 403, Taiwan, R.O.C
http:// www.justus.com.tw
E-mail: justuslaw@justus.com.tw

## 群展國際法律事務所
## JUSTUS LAW OFFICES

calculated as follows: the NTD 20,000,000 he paid to Wen-Fa minus the NTD 5,000,000 he will receive under the Settlement Agreement.   If Mr. Li receives from the Restitution Fund NTD 15,000,000 and assuming he receives the NTD 5,000,000 under the Settlement Agreement, then he shall be made whole.

Mr. Li only wishes to be made whole and this is in conformance with the purpose of the Restitution Fund.   While Mr. Li takes the risk of not receiving the entire NTD 5,000,000 from Ms. Lin, this is a risk he is willing to take in order to put this entire matter behind him and allow the Court to also close this matter.   We hope that the above is of assistance to the Court and if we can be of any further assistance, please feel free to contact us.

*The items noted above as 1 and 2 are*

**SO ORDERED**

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

July 13, 2010

Enclosures.

Respectfully Submitted,

(Jason) Tzi-Sheng Wu
Partner, Justus Law Offices

cc: Ms Virginia C. Romano, Assistant US Attorney
   Ms Lynn Lin

Email: jasonwu@justus.com.tw
Tel: 886-4-22268993, Fax: 886-4-22268967
Address: 11F, No. 148, Sec. 1, Ziyou Rd., Taichung, 40342, Taiwan, R.O.C